IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NASRA M. ARAFAT
(PREVIOUS MARRIED NAME
IBARHIM),

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellant,

CASE NO. 1D14-3198

v.

THE RECEIVERSHIP OF
SEMINOLE CASUALTY
INSURANCE COMPANY,
FLORIDA CORPORATION,

      Appellee.

_____/

Opinion filed September 17, 2014.

An appeal from an order of the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Nasra M. Arafat (previous married name Ibarhim), pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     DISMISSED.

LEWIS, C. J., PADOVANO and CLARK, JJ., CONCUR.